IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HENRY JAMES LAGI,

    Plaintiff,

v.                                                              CASE NO. 4:16cv193-RH/GRJ

JENNIFER MORRIS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5 and the objections, ECF No. 6. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on April 18, 2016.

                                                    s/Robert L. Hinkle
                                                  United States District Judge